**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
_____

UNITED STATES OF AMERICA,

                                                 DECISION and ORDER

-vs-

                                                 11-CR-6201

JOHN BARTON

                     Defendant
_____

     **Siragusa, J.** This case was referred by text order of the undersigned, docketed on December 13, 2011, ECF No. 2, to Magistrate Judge Marian W. Payson, pursuant to 28 U.S.C. § 636(b)(1)(A)-(B). Previously, on December 8, 2011, Magistrate Judge Payson filed a Report and Recommendation ("R&R") ECF No. 51, recommending that the Court determine Defendant competent to stand trial. The time has passed for Defendant to file any objections to the R&R, and none have been filed.

     Accordingly, for the reasons set forth in Magistrate Judge Payson's R&R, the Court finds Defendant competent to stand trial.

     IT IS SO ORDERED.

Dated:  Rochester, New York
           January 15, 2012

                    ENTER:

                                      /s/ Charles J. Siragusa
                                      CHARLES J. SIRAGUSA
                                      United States District Judge